UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GUZMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GRUMA CORP., CHUCK DAWSON, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | No. 1:15-cv-00159-GEB-SKO<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT** |

　　　　Defendants filed a joint motion to dismiss all of Plaintiff's claims against Chuck Dawson and Plaintiff's harassment claims against Defendant Gruma Corporation under Federal Rule of Civil Procedure ("Rule") 12(b)(6) on February 4, 2015. (ECF No. 9.) On that same day, Defendants filed another motion to dismiss under Rules 12(b)(1) and 12(b)(6). (ECF No. 10.) However, Plaintiff filed a timely First Amended Complaint on February 25, 2015, (ECF No. 22), which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original."). Since the referenced dismissal motions do not address the operative pleading, they are denied as moot.

Dated:  March 4, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　Senior United States District Judge

1