UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GUZMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>GRUMA CORP., CHUCK DAWSON, and DOES 1 through 20, inclusive,<br><br>          Defendants. | No. 1:15-cv-00159-GEB-SKO<br><br>**ORDER WITHDRAWING THE COURT'S ORDER FILED ON MARCH 5, 2015** |

       I have considered an email communication sent to the courtroom deputy clerk yesterday in which Defendants' pro hac vice counsel, Tom C. Lenox, states:

> The order dismisses as moot both our previously filed motions to dismiss, one of which was a motion to dismiss, or in the alternative, compel arbitration. This motion would still seemingly be relevant despite the filed FAC because the motion turns on whether there is a valid arbitration agreement, not the pleadings. How should we interpret the order's effect on the motion to compel arbitration?

       This email concerns the order filed on March 5, 2015 (ECF No. 26). The March 5, 2015 Order should not have issued and is, therefore, withdrawn.

       Further, the hearing on the dismissal motions filed February 4, 2015, (ECF Nos. 9-10), is rescheduled to commence at

1

9:00 a.m. on April 13, 2015. The hearing on the remand motion, (ECF No. 6), is still scheduled on March 16, 2015.

Dated:  March 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge